In re State of Louisiana; — Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, Third Circuit, Nos. CA94-1557, CA94-1566, CA94-1565; Parish of Calcasieu, Fourteenth Judicial District Court, Div. “F”, No. 11223-92.
Granted. Judgment for the court of appeal is vacated and set aside. Judgment of trial court reinstated. State v. Williams, 26,024 (La.App. 2d Cir. 8/17/94; 641 So.2d 1050, writ denied, 94-2353 (La. 11/18/94); 646 So.2d 389. See also State v. Landfair, 93-2815 (La. 1/28/94); 630 So.2d 1310.
KIMBALL, J., dissents.
JOHNSON, J., not on panel.